**Tim Truman**
**Standing Chapter 13 Trustee**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**Telephone: (817) 770-8500**
**Facsimile: (817) 498-1362**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.: 20-42137-ELM |
| | § | **Chapter 13** |
| MICHELLE DAWN RAGSDALE | § | Hearing Date: November 7, 2024   8:30 am |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S NOTICE OF CONTINUANCE**

**NOTICE IS HEREBY GIVEN** that the "Notice of Intent to Dismiss" matter has been continued from October 3 , 2024,  8:30 am to a court hearing on  **November 7, 2024,  8:30 am** to be held  **at the United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX  76102.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Notice of Continuance" was served on the parties listed below in the manner listed below on or before October 04 , 2024.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
State Bar No.  20258000
Angela Allen
State Bar No.  007869700
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
Telephone: (817) 770-8500
Facsimile: (817) 498-1362

**BY FIRST CLASS MAIL:**
MICHELLE DAWN RAGSDALE,  3108 SUNNYBROOK LN,  ARLINGTON, TX  76014-0000
**ELECTRONIC SERVICE:**
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
SHAPIRO SCHWARTZ LLP, 13105 NORTHWEST FWY #1200, HOUSTON, TX  77040
MICHAEL D GORMAN, C/O EXPRESS AUTO FINANCIAL, 5057 KELLER SPRINGS RD STE 300, ADDISON, TX  75001
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
AMERICREDIT FINANCIAL SERVICES INC, PO BOX 183853, ARLINGTON, TX  76096-3853
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242